## **EXHIBIT A**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Wed Oct 2 03:10:45 EDT 2013

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)



| | |
|---|---|
| **Word Mark** | BUDK |
| **Goods and Services** | IC 008. US 023 028 044. G & S: hand-tools, namely axes, blades for hunting knives, throwing stars, butcher knives, daggers, fishing knives, hunting knives, jack knives, knife sheaths, sport knives, folding knives, machetes; medieval weaponry for hobby use in the nature of hand-tools, namely knives, swords, daggers and axes, pen knives, pocket knives, razor blades; side arms, namely sabers, swords and hand-tools, namely hand-operated shears; self defense tools in the nature of hand-tools, namely hunting knives, screw drivers, scissors, chisels and pliers and throwing knives. FIRST USE: 19880200. FIRST USE IN COMMERCE: 19880200 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 76650466 |
| **Filing Date** | November 16, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | December 19, 2006 |
| **Registration Number** | 3214553 |
| **Registration Date** | March 6, 2007 |
| **Owner** | (REGISTRANT) Bud K Worldwide, Inc. CORPORATION GEORGIA PO BOX 2768 Moultrie GEORGIA 31776 |
| **Attorney of Record** | JOHN S. HALE |
| **Description** | |

| | |
|---|---|
| of Mark | Color is not claimed as a feature of the mark. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). |
| Other Data | The mark BUDK identifies a living individual whose consent is of record. |
| Live/Dead Indicator | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY