IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

BUD K WORLDWIDE, INC.,

    Plaintiff,

v.

WHOLESALE GALLERY, INC.,

    Defendant.

CIVIL ACTION FILE NO.:
4:13-CV-0241-HLM

## ORDER

This case is before the Court on Defendant's Request for Mediation by a United States Magistrate Judge ("Motion for Mediation") [28].

Defendant filed its Motion for Mediation on July 16, 2014. (Docket Entry No. 28.) The time in which Plaintiff could respond to Defendant's Motion has passed, and no response has been filed. (See generally Docket.) Generally, the Court will only order mediation by a United States Magistrate Judge upon the consent

AO 72A
(Rev.8/8
2)

of all Parties involved. There is no indication that Plaintiff consents to such a mediation in this case. Consequently, the Court denies Defendant's Motion. Should the Parties indeed consent to mediation, they are directed to file a consent motion with the Court, and the Court will order mediation at that time.

ACCORDINGLY, Defendant's Motion for Mediation [28] is **DENIED.**

IT IS SO ORDERED, this the 6th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8
2)