# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| BUD K WORLDWIDE, INC., ) | |
| ) | |
| Plaintiff, ) | **CIVIL ACTION NO.** |
| ) | **4:13-CV-00241-HLM** |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| WHOLESALE GALLERY, INC., ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATED MOTION FOR SECOND EXTENSION TO FILE PROPOSED CONSOLIDATED PRETRIAL ORDER

**COME NOW** Plaintiff Bud K Worldwide, Inc. and Defendant Wholesale Gallery, Inc., by and through the undersigned counsel, and jointly move this Court for an additional extension of seven (7) days (through December 18, 2014) to file a proposed Consolidated Pretrial Order pursuant to Local Rule 16.4 in the above-captioned action, and as grounds therefor state as follows.

1.  The Court ordered filing of a proposed Consolidated Pretrial Order in accordance with Local Rule 16.4 within forty-five (45) days of October 27, 2014 (Document 36).

2.  The Parties engaged in extensive written discovery and depositions and have diligently attempted to resolve all issues, including settlement of the case. However, Plaintiff's lead attorney, John Hale, suffered from unexpected

1

complications after surgery and the extension will aid the parties in narrowing the issues and attempting to settle the case.

3.  The parties will continue to try to resolve the case and limit the issues for trial, thus reducing the burden on the Court.

4.  A proposed Order is submitted with this Motion.

Respectfully submitted, this 5th day of December, 2014.

/S/ J. Hamilton Garner
J. Hamilton Garner (GA Bar No. 285660)
WHELCHEL & CARLTON LLP
P. O. Box 758 (31776)
26 2nd Avenue SW
Moultrie, Georgia  31758
Telephone:  (229) 985-1590
Facsimile:  (229) 985-0946
Email: jhgarner@moultriega.net

John S. Hale (*admitted pro hac vice*)
GIPPLE & HALE
6718 Whittier Avenue, Suite 200
McLean, Virginia 22101
Telephone:  (703) 448-1770 ext. 304
Facsimile:  (703) 448-7780
Email: gipple.hale@verizon.net

Jesse L. Vaughn (GA Bar No. 726298)
VAUGHN & CLEMENTS, P.C.
109 W. Hicks Street
Calhoun, Georgia  30701
Telephone:  (706) 602-0081
Facsimile:  (706) 602-7030

Email: Jesse@northwestgeorgialawyers.com

Attorneys for Plaintiff BUD K WORLDWIDE, INC.


/S/ Robert M. Ward
*With express permission by JHG*
Robert M. Ward (GA Bar No. 775401)
3455 Peachtree Road NE, 5th Floor
Atlanta, GA
Telephone: (404) 606-6480
bmwlaw@aol.com

Attorney for Defendant WHOLESALE GALLERY, INC.